Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
U.S. District of Arizona
_____ Division

| | |
|---|---|
| Davon Chadewick White <br> _____ <br> Plaintiff(s) <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> ① Pornhub, ② xhamster and ③ Xvideos <br> _____ <br> Defendant(s) <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV26-00548-PHX-JAT <br> (to be filled in by the Clerk's Office) <br><br> Jury Trial: (check one) ☑ Yes ☐ No |

FILED / RECEIVED / LODGED / COPY
JAN 29 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Davon Chadewick White
   Street Address: 232 S. 12th Ave
   City and County: Phoenix, Maricopa
   State and Zip Code: AZ, 85007
   Telephone Number: (480) 285-4380
   E-mail Address: Davon.Chadewick.White@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Pornhub (Aylo and/or Ethical Capital Partners)
- Job or Title (if known): n/a
- Street Address: 610 Brazos St, Suite 500
- City and County: Austin, Travis
- State and Zip Code: Texas 78701
- Telephone Number: n/a
- E-mail Address (if known): info.austin@aylo.com

Defendant No. 2
- Name: Xhamster (owned by Hammy Media)
- Job or Title (if known): n/a
- Street Address: 79 Spyrou Kyprianou, Protopapas Bldg, Floor 2, Flat 201
- City and County: Limassol, 3074 Cyprus (P.O. Box 59532, Limassol 4010 Cyprus)
- State and Zip Code: n/a
- Telephone Number: n/a
- E-mail Address (if known): n/a

Defendant No. 3
- Name: Xvideos (owned by WGCZ Ltd. S.R.O)
- Job or Title (if known): attn: Robert William Seifert
- Street Address: Krakovská 1366/25 Praha, Hlavní město Praha, 11000 Czech Republic
- City and County: Praha
- State and Zip Code: n/a
- Telephone Number: n/a
- E-mail Address (if known): n/a

Defendant No. 4
- Name: n/a
- Job or Title (if known): n/a
- Street Address: n/a
- City and County: n/a
- State and Zip Code: n/a
- Telephone Number: n/a
- E-mail Address (if known): n/a

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- Visual Artist Rights Act of 1990 (VARA)
- Copyright Act of 1976 (17 U.S.C. § 101 et seq)
- Negligence (in relation to "Duty of Care")
- Quantum Meruit

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* Davon Chadewick White, is a citizen of the
        State of *(name)* Arizona.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* n/a, is incorporated
        under the laws of the State of *(name)* n/a,
        and has its principal place of business in the State of *(name)*
        n/a.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* n/a, is a citizen of
        the State of *(name)* n/a. Or is a citizen of
        *(foreign nation)* n/a.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, (name) **Pornhub, Xhamster and Xvideos**, is incorporated under the laws of the State of (name) **Austin, TX (by way of Montreal (Canada) Limassol and Praha**, and has its principal place of business in the State of (name) **Austin, et al.**

Or is incorporated under the laws of (foreign nation) **Limassol and Praha**, and has its principal place of business in (name) **Austin et al**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$3,000,000.00**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**See attached 3 page complaint/claim**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**$3,000,000 US Dollars and my videos to be immediately re-released forever.**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-29-26

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Davon Chadewick White

#### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Case 2:26-cv-00548-JAT    Document 1    Filed 01/29/26    Page 6 of 8
Davon Chadewick White vs Pornhub, Xhamster and XVideos
January 29th, 2026

I expected that my porn portfolio would be available for life. While i have stopped or retired from recording and publishing amateur adult videos for pornhub, that the thousands of views were and are there on pornhub were I may be one of only two or three of performers who used a real name as my stage name (Timarrie Baker and I, Davon Chadewick White, maybe the only two other than Ginger Lynn Allen, the thousands of other performers using fake names) (making me completely rare): Davon Chadewick White, I can't take back that people have seen me naked: people for who I can't account nor take requirement in payment. I wasn't paid a cent. Neither can I have my name back (seeing they've already seen it regardless whether it was some fallacy decision made out of desperation and confusion during my period of homelessness ("calculating"/figuring in more "premiscuous" times of my youth or in younger time I seemingly had more stability and at times income (though lower than requested now).) Giving the age requirement and consent disclaimer (and considering it separate from my other arts being a former youtube and still a business owner, then and now, I know I am more rare and expect my clients or purveyors to separate the functions, just as I do....

I consider it apart of my artistic portfolio and as I have a quantum meruit case in federal court, concerning monies owed regardless that I consider Davon Chadewick White, Inc as well as the Davon Chadewick White YouTube channels potentially (then and now) more lucrative than Davon ChadewickWhite pornhub, i still consider it apart of my portfolio and as proof in court. So I request you as other sites, require verification of age without banning and pulling my channel from certain states viewership. As there is nothing I can do about that it happened, or those who saw, I consider it apart of my artistic portfolio (only 1 clip on xvideo and or xhamster, i had/have i would guess, maybe a portfolio of at least 30 amateur adult clips on pornhub).

I still require privacy, but it still should be available online.

Also, as with other platforms, in my indigence having tried to establish monetization and even live recording (in the past) can't right now prove that the failure of achieving such monetization was not a fallacy of pornhub, xvideos and or xhamster).

Each companies failure to perform in concern of my case a model, of yours,: "duty of care" (an obligation of the company). During the moments I vacationed for a night or few, at a hotel, from homelessness (or immediately following my loss of spouse) finding an inability to comprehend the system (as I attempted in the warmth of a hotel or two (alone)) for live connection to

1

monetization (and or other monetization attempts in relation to my portfolio) after multiple tried in various states (such as North Carolina, Georgia, maybe Virginia and New York) and including contacting companies about the err, was never able to get through, yet due to portfolio and views (and my proposed value of myself, the model, Davon Chadewick White, D.C.White, Davon of Davon Chadewick White, Inc.) due look for back pay ...

*DCW*

Hiding in comforters/spread (that is like "very heavy sheets" outdoors over several winters [outdoors] perhaps disallowed the mental capacity to perform the requirements to figure "the calculus" or matrix of your system and instead use my energies for survival, school, YouTube and Davon Chadewick White, Inc. a real estate, music and think tank company: my business (because I expected them potentially more lucrative in consideration of Porn revenue, of the past, compared to other "non-entertainment platforms" that were apparently more lucrative...).

I am not only rare in that I may be one of your only performers who used his or her real name... I am also rare in that I am the only one [or one of, Porhub, particularly] which did mention his or her company (Davon Chadewick White, Inc.) in such, (again maybe due to some deficiency of homelessness) via your company and vise versa which maybe cause some interest for you.

- Hammy Media (owner of Xhamster)

    79 Spyrou Kyprianou, Protopapas Bldg., Floor 2, Flat 201, Limassol, 3076 Cypress, (P.O. Box 59532, Limassol, 4010 Cypress)

- Ethical Capital Partners is owner of Aylo which is the parent company of Pornhub, though Montreal based, has an office in Austin (the capital of Texas)

    610 Brazos St, Suite 500

    Austin, Texas 78701

- WGCZ Ltd. S.R.O., owner of xvideos.

    *DCW*

    attn Robert William Seifert

    Krakovská 1366/25 Praha, Hlavní město Praha, 110 00 Czech Republic

Also to be considered: I promoted your company and or my videos (in your platform) in all 50 states of America. I've been spammed and deleted from Jack'd and Adam4Adam many times (Facebook and others) promoting YouTubes. When guys (or girls) would come at me sexually, to avoid the scenario I'd just send my porn link, in all 50 states [ I've promoted for your company ].

Davon Chadewick White vs Pornhub, Xhamster and XVideos
January 29th, 2026

I will have to ask that you Pornhub, Xvideos and or Xhamster consider my vagabond state in which made me unable to properly determine states, related to my job as a model for your sites in priority compared to my main work at the time YouTube and my own company, Davon Chadewick White, Inc. and thus ask you to allow the compilation of the conversion of I: Davon Chadewick White, D.C.White, DavonCWhite as model for all three (during that time and continuously (maintaining my portfolio of amateur work)): in the request for 1 million US Dollars from Pornhub (Aylo, Ethical Capital Partners), 1 million Dollars from Hammy Media Inc. (owner of Xhamster) and 1 million US Dollars from Xvideos (or owner WGCZ Ltd.) using the court as a mediator due to prior lack of able to effectively communicate with you. This joint suit is an attempt to communicate with you and get pay from you. Happy New Year.

Even, somewhat as a vagrant..., I never failed to assume that by sharing Davon Chadewick White or Davon Chadewick White, Inc. with your viewers that I should, implicitly, potentially increase their value and or their want for such increased values (considering the 6.4 billion in high-end properties (currently an item in evidence in my current Quantum Meruit case against the U.S.A primarily about housing other homeless) listed on the Davon Chadewick White, Inc. "U.S.Tour" page both now and, likely, then (although the list has been updated several times) which might start the process of those (of your viewers) finding such value (or at least an increased one) and in turn earn you more money from a newly increased value viewership and in turn do use that as one explanation to such amounts requested, with and or beyond the claim for your negligence of duty of care....

I do look to this in correction to you as well as in gratitude saying thank you for being the sole provider of the placement of the said portfolio, hopefully, for a long time public....

I don't judge your separate offenses and or suits against you from U.S. states like Texas and or other persons or entities... suggesting your payment didn't serve as grounds for your correction nor do I assume you haven't corrected your errs from such cases, in retrospect, I am merely here to purport your longevity in purpose of acknowledging me and my financial requests....

Again, Happy New Year, 2026.

This case is about my adult amateur portfolio, and the way the provider (Pornhub, Xvideos and Xhamster) handled me as a vagabond model. As I move forward, towards finding a home (imminently): I still require privacy, but it [/ my portfolio] should be available online.

*DCW The "relief" I seek is $3 Million and my videos to be immediately released forever.

3