**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Davon Chadewick White,<br><br>Plaintiff,<br><br>v.<br><br>Pornhub, et al.,<br><br>Defendants. | No. CV-26-00548-PHX-JAT<br><br>**ORDER** |

On February 3, 2026, this Court dismissed this case and entered judgment. (Docs. 5-6). On February 5, 2026, Plaintiff filed a motion to reopen this case. (Doc. 9). The motion fails to make a factual or legal argument. (*Id*.). As a result, it will be denied below.

Plaintiff has also filed 3 other documents that the Clerk's office has classified as notices notwithstanding the fact that Plaintiff called them motions. (Docs. 7,8, and 10). These filings do not seek any relief and are properly filed as notices.

However, Doc. 8 has graphic sexual content that is irrelevant to this closed case. The Court's record cannot be used for a scandalous purpose. Fed. R. Civ. P. 12(f). Accordingly, the Court will strike and seal this document. Mr. White is cautioned that if he again files scandalous materials, he will be barred from any future filings in this case.

Therefore,

**IT IS ORDERED** that the motion to reopen (Doc. 9) is denied.

/ / /

/ / /

1   **IT IS FURTHER ORDERED** that Doc. 8 is stricken from the record.  The Clerk
2   of the Court shall seal Doc. 8 after it is stricken.
3   Dated this 18th day of February, 2026.

James A. Teilborg
Senior United States District Judge